UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRICK L. HUNTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TAMMY BOYLAN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-5267-RSM-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation, Dkt. #22.

(2) Defendants Tammy Boylan and Dominique Miller's Motion to Dismiss, Dkt. #17, is GRANTED.

(3) Plaintiff is granted leave to amend so that he may attempt to cure his pleading deficiencies. Leave to amend is limited to Plaintiff's First Amendment retaliation claims against Defendants Boylan and Miller. If Plaintiff wishes to proceed in this action, he must file a second amended complaint **no later than 30 days from the date of this Order**. Failure to file a second amended complaint by the stated

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

deadline will result in dismissal of this action for failure to comply with a court order and for failure to state a claim.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for the Defendants, and to the Hon. David W. Christel.

DATED this 22nd day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2