UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRICK L. HUNTER,<br><br>    Plaintiff,<br><br> v.<br><br>TAMMY BOYLAN, et al.,<br><br>    Defendants. | CASE NO. 3:24-cv-05267-RSM-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Motion to Dismiss (Dkt. 25) is granted. The Second Amended Complaint is dismissed, Plaintiff is not given leave to amend, and this case is closed.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 10th day of March, 2025.

              RICARDO S. MARTINEZ
              UNITED STATES DISTRICT JUDGE